# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147340

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DEON DERRELL LINDSEY,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147340
COA: 310503
Saginaw CC: 11-036235-FH

    On order of the Court, the application for leave to appeal the May 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923